UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND ZACHARY ROSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JOHAL, et al.,<br><br>　　　　　Defendants. | 1:18-cv-01600-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. 17) |

　　　　Plaintiff Cleveland Zachary Rose is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 13, 2019, the assigned magistrate judge issued an order finding that Plaintiff failed to state a cognizable claim and requiring Plaintiff to file an amended complaint. (Doc. 12.) Plaintiff failed to file an amended complaint or to otherwise respond to the order. Thus, on October 29, 2019, the magistrate judge issued an order to show cause (OSC), within 21 days, why this action should not be dismissed. (Doc. 15.) Plaintiff failed to respond to the OSC. Accordingly, the magistrate judge issued findings and recommendations to dismiss this action for Plaintiff's failure to state a claim and to comply with a court order. (Doc. 17.) Plaintiff has not filed objections, and the time to do so has passed. (*See id.*)

///

| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a |
| - | - |
| 2 | *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and |
| 3 | recommendations to be supported by the record and proper analysis. |
| 4 | Accordingly, the Court ORDERS: |
| 5 | 1. The findings and recommendations issued on December 6, 2019, (Doc. 17), are |
| 6 | ADOPTED in full; |
| 7 | 2. This action is DISMISSED; and |
| 8 | 3. The Clerk of the Court is DIRECTED to close this case. |

IT IS SO ORDERED.

Dated: **January 4, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE